# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

February 3, 2025

_____

## RESPONSE REQUESTED - SIMILAR CASES

_____

No.   24-1945,        Gray Media Group, Inc. v. Heather Loveridge
                     3:22-cv-00060-MOC-SCR

TO:    Stephanie Helen Webster
       Lauren Patricia Russell
       Steven Andrew Bader

RESPONSE DUE: 02/06/2025

Response is required to the notice requesting information regarding similar cases on or before 02/06/2025. Please use the following form to submit response: **Response - Similar Cases**, using the event: RESPONSE/ANSWER (to Similar Case notice).

Anisha Walker, Deputy Clerk
804-916-2704